IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


EUGENE WESLEY                                                    PLAINTIFF

                    v.                    Civil No. 05-4053

PAT JONES                                                        DEFENDANT


## ORDER

On January 20, 2006, the plaintiff filed a motion for service on the defendant (Doc.

12). The motion is denied. This case was dismissed by order entered by the Honorable Harry

F. Barnes on October 28, 2005 (Doc. 11).

IT IS SO ORDERED this 30th day of January 2006.


                                        /s/ Bobby E. Shepherd
                                        UNITED STATES MAGISTRATE JUDGE

-1-